United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BETH WALKER and GREG WALKER JR., | No. C-06-2040 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants / | |

    Before the Court is the Joint Case Management Conference Statement, filed June 19, 2006,[1] on behalf of plaintiffs and defendants Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson, by which said parties request a continuance of the June 23, 2006 case management conference for approximately 120 days because they anticipate certain of the instant claims will be transferred for inclusion in MDL No. 1596, In re Zyprexa

---

[1] The parties did not provide the Court with a chambers copy of their Joint Case Management Statement, which the docket reflects was electronically filed by counsel for plaintiffs. The Court, nonetheless, has considered the filing. For future reference, all parties are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

1  Products Liability Litigation and are awaiting a decision as to whether others will be
2  transferred for inclusion in MDL 1769, In re Seroquel Products Liability Litigation, and
3  because three defendants remain to be served.[2]
4       Accordingly, for good cause shown, the June 23, 2006 case management
5  conference is hereby CONTINUED to October 20, 2006 at 10:30 a.m.  A joint case
6  management statement shall be filed no later than October 13, 2006.  The deadline to
7  serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains
8  in effect.  All parties shall timely provide a chambers copy of each document electronically
9  filed.
10      **IT IS SO ORDERED.**

12  Dated: June 22, 2006

    _____
    MAXINE M. CHESNEY
    United States District Judge

---

[2] The instant action was filed March 17, 2006; consequently the 120-day deadline for plaintiffs to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

2